■ DAVID J. CONNOR et al., Appellants, v TOWN OF MANLIUS et al., Respondents. In the Matter of DAVID J. CONNOR et al., Appellants, v TOWN OF MANLIUS et al., Respondents. (Appeal No. 3.) [656 NYS2d 1020] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Settle Record.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.